| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Jonathan Shalom, Esq.<br>Shalom Law, PLLC<br>105-13 Metropolitan Avenue<br>Forest Hills, NY 11375<br>Telephone No: 718-971-9474 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff: Donald Nixon, et al | | | | |
| Defendant: Performance Apparel Corp. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>20CV02250PAE |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint and Demand for Jury Trial.

3. a. Party served:            Performance Apparel Corp.
   b. Person served:          Jane Doe, Receptionist at Agent for Service Location, Caucasian, Female, 40 - 50 Years Old, Red Hair, Sitting

4. Address where the party was served:     RMR Services, LLC
   120 Applecross Rd
   Pinehurst, NC 28374

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jul. 24, 2020 (2) at: 12:50PM

7. **Person Who Served Papers:**                          Fee for Service:
   a. Fred Norman
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of NORTH CAROLINA and under the laws of the United States Of America that the foregoing is true and correct.

                             AFFIDAVIT OF SERVICE          (Fred Norman)
                               Summons & Complaint                               josha.208770