UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD NIXON, *on behalf of himself and all others similarly situated*,

        Plaintiff,

-against-

PERFORMANCE APPAREL CORP.,

        Defendant.



20-CV-2250 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

An affidavit of service indicates plaintiff served Performance Apparel Corp. with process on July 24, 2020. (Dkt. No. 10.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant's answer was due August 14, 2020. Defendant has neither appeared nor responded to the complaint. No later than **September 30, 2020**, plaintiff shall inform the Court whether the parties have extended defendant's time to respond, or whether plaintiff intends to request a certificate of default. Plaintiff promptly shall serve this Order on defendant.

Dated: New York, New York
       September 16, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**