# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/21
```

**Jordan E. Pace**
**Of Counsel**
**Admitted In NY, NJ**
**Direct Dial:  973-643-4295**
**Email: jpace@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

January 4, 2021

**VIA ECF**

**MEMO ENDORSED**

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:  *Nixon v. Performance Apparel Corp.*, No. 20-cv-2250 (PAE) (BCM)

Dear Judge Moses:

This firm represents Performance Apparel Corp., the Defendant in the above-captioned action. We write to inform the Court that the parties have reached an agreement in principle to resolve this matter without further litigation.

Accordingly, we respectfully request that the Initial Case Management Conference currently scheduled for January 12, 2021 (ECF No. 19) be adjourned *sine die* in order to allow the parties to finalize a written agreement. The parties will either file a stipulation of dismissal or will report back to the Court within 60 days on the status. Plaintiff consents to this request.

We are available to provide additional information as Your Honor may require.

Respectfully submitted,

*/s/ Jordan E. Pace*
Jordan E. Pace

---

Application GRANTED. The initial case management conference currently scheduled for January 12, 2021 is hereby ADJOURNED *sine die*. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
January 6, 2021