```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD NIXON,

      Plaintiff,

  -against-

PERFORMANCE APPAREL CORP.,

      Defendant.

20-CV-2250 (PAE) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    By letter-motion dated January 4, 2021 (Dkt. No. 20), the parties advised the Court that they "reached an agreement in principle." They further stated that they would "either file a stipulation of dismissal or will report back to the Court within 60 days on the status." *Id.* Although it has been more than 60 days, the parties have done neither.

    No later than **March 17, 2021**, the parties shall submit a joint letter updating the Court as to the status of settlement.

Dated: New York, New York
       March 15, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**